IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NWADINAUME UBA, | ) | No. C 10-4694 LHK (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

    On October 18, 2010, Plaintiff, proceeding *pro se*, filed a "Motion to Modify Restitution Based on Error." Upon receipt of the motion, the Clerk's Office opened a new case file and notified Plaintiff that he was required to submit a complaint or face dismissal. The Court notes, however, that on June 26, 2009, Plaintiff was convicted of three counts of filing a false tax return and sentenced to 18 months and ordered to pay $258,741.00 in restitution, *inter alia*, in Case No. 08-CR-0158 JW. It appears that Plaintiff's motion is more appropriately filed in his closed criminal case rather than as a new action. Accordingly, the Clerk shall re-file Plaintiff's motion in Case No. 08-CR-0158 JW, DISMISS this action, and close the file.

    IT IS SO ORDERED.

DATED:   10/28/10

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.10\Uba694dis.wpd